**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

| | |
|---|---|
| **MJL ENTERPRISES, LLC,**<br><br>        Plaintiff,<br><br>v.<br><br>**ECO LIGHTING USA LIMITED LIABILITY COMPANY,**<br><br>        Defendant. | Civil Action No. 2:20cv_____<br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT

Plaintiff MJL Enterprises, LLC ("MJL"), by counsel, states as follows for its Complaint against Defendant Eco Lighting USA Limited Liability Company ("Eco Lighting" or "Defendant"), pursuant to Rule 8(a) and Rule 9(b) of the Federal Rules of Civil Procedure:

## PARTIES

1.      MJL Enterprises is a Virginia limited liability company with its headquarters and principal place of business at 2748 Sonic Drive, Virginia Beach, Virginia 23453.

2.      Eco Lighting, is a New Jersey limited liability company with its headquarters and principal place of business at 217 Huyler Street, South Hackensack, New Jersey 07606.

## JURISDICTION AND VENUE

3.      This Court has jurisdiction over the claims in this action pursuant to 28 U.S.C. § 1332(a)(1), as this is a civil action between citizens of different states. MJL is a citizen of Virginia. Eco Lighting is a citizen of New Jersey. The amount in controversy exceeds $75,000, as MJL seeks judgment in the amount not less than $404,500.00.

4.      Venue is proper in this district under 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the claims occurred in this district.

## FACTS

5. On March 4, 2020, the U.S. Department of Health and Human Services announced its intent to purchase 500 million N95 masks.

6. On March 13, 2020, President Trump declared the spread of the COVID-19 virus in the United States to be a national emergency.

7. On or about March 16, 2020, the United States reported more than 4,000 COVID-19 cases and 29 COVID-19 related deaths with new infections and deaths growing at an alarming rate.

8. On or about March 26, 2020, the United States reported the most confirmed COVID-19 cases of any country in the world with approximately 1,300 deaths in forty-one states.

9. By March 26, 2020, shortages of PPE[1], specifically including N95 face masks, were occurring across the United States and were being widely reported by healthcare providers, government entities and the media.

10. On March 26, 2020, Eco Lighting's Vice President of Sales informed MJL's Purchasing Manager that it had a large supply of Food and Drug Administration ("FDA") approved N95 and KN95 face masks for sale.

11. MJL's Purchasing Manager informed Eco Lighting that the MJL had several U.S. government customers who needed Personal Protective Equipment ("PPE") and requested a Spec Data Sheet, FDA Certification, and a Price Quote with terms from Eco Lighting.

---

[1] Personal protective equipment (PPE) refers to protective clothing, helmets, gloves, face shields, goggles, facemasks and/or respirators or other equipment designed to protect the wearer from injury or the spread of infection or illness. PPE is commonly used in health care settings such as hospitals, doctor's offices and clinical labs. When used properly, PPE acts as a barrier between infectious materials such as viral and bacterial contaminants and your skin, mouth, nose, or eyes (mucous membranes). The barrier has the potential to block transmission of contaminants from blood, body fluids, or respiratory secretions. PPE may also protect patients who are at high risk for contracting infections through a surgical procedure or who have a medical condition, such as, an immunodeficiency, from being exposed to substances or potentially infectious material brought in by visitors and healthcare workers. When used properly and with other infection control practices such as hand-washing, using alcohol-based hand sanitizers, and covering coughs and sneezes, it minimizes the spread of infection from one person to another. Effective use of PPE includes properly removing and disposing of contaminated PPE to prevent exposing both the wearer and other people to infection. https://www.fda.gov/medical-devices/coronavirus-disease-2019-covid-19

12. On March 26, 2020, Eco Lighting sent MJL a Price Quote and technical data sheet. These records falsely represented that the offered N95 and KN95 face masks were FDA certified.

13. Eco Lighting's website and Facebook page also stated that it sold FDA certified N95 and KN95 face masks. See **Exhibit A**.

14. On April 2, 2020, MJL placed Purchase Order No. 30463 to Eco Lighting for a quantity of four "N95 Face Mask / FDA Approved / 4 layer 500/cs" for a total of $17,000.00. See **Exhibit B**.

15. On April 6, 2020, MJL placed Purchase Order No. 30496 to Eco Lighting for a quantity of one-hundred "KN95 Face Mask / FDA Approved / 4 layer 500/cs" and a quantity of fifty "N95 Face Mask / FDA Approved / 4 layer 1000/cs" for a total of $387,500.00. See **Exhibit C**.

16. On April 6, 2020, MJL also orally requested that Eco Lighting provide evidence that its face masks were FDA certified at the time of procurement.

17. As of April 9, 2020, the COVID-19 pandemic had resulted in 1,521,252 cases and 92,798 deaths worldwide, including 459,165 cases and 16,570 deaths in the United States. This included 9,282 COVID-19 and 27 deaths reported among U.S. healthcare professionals HCP. https://www.cdc.gov/mmwr/volumes/69/wr/mm6915e6.htm?s_cid=mm6915e6_w

18. On April 15, 2020, the U.S. was experiencing approximately 30,000 new COVID-19 cases and 2,000 COVID-19 related deaths per day.

19. On April 15, 2020, MJL's Purchasing Manager again asked Eco Lighting for evidence that the face masks purchased by MJL were FDA certified. See **Exhibit D**.

20. On April 15, 2020, Eco Lighting's Vice President sent a Certification of Registration, owner/operator number 10071132 for Shenzen Globow Lighting Technology Co.,

Ltd., Guangdong, China, showing MicroKy Services, LLC as the registering agent. Eco Lighting also sent a Certification of Registration, owner/operator number 10051297 for YIWU Ori-Power Medtech Co., Ltd., Zhejiang, China, showing Registrar Corp as the registering agent. Eco Lighting stated that these Certifications were its evidence that the masks it provided to MJL were FDA certified.  See **Exhibit E**.

21. On June 2, 2020, MJL requested a full refund of its purchase money because the face masks were not delivered within 14 days, as required by the terms of the Purchase Orders. See **Exhibit F**.

22. On June 4, 2020, Eco Lighting refused to provide MJL with a refund.

23. On June 11 and 12, 2020, MJL contacted both of the registering agents listed on the Certifications provided by Eco Lighting. The Certifications of Registration provided by Eco Lighting to MJL were not issued by the noted registering agents.

24. The FDA does not issue any Certificates of Establishment Registration. Registration of a foreign manufacturer or exported means only that the company has registered to do business in the United States. It does not indicate approval or certification of the company's products by the FDA.

25. On June 12, 2020, MJL contacted the Chinese manufacturers to verify that the face masks Eco Lighting represented and sold to MJL as FDA certified N95 and KN95 face masks were produced by the companies noted on the Certifications of Registration that Eco Lighting provided MJL. Both companies acknowledged that they produced face masks, but denied manufacturing the face masks that MJL received from Eco Lighting. Neither company produced or claimed to produce FDA certified face masks. See **Exhibit G**.

26. On June 12, 2020, based on its investigation of the face masks supplied by Eco Lighting, MJL stopped selling the face masks to its federal customers, several of whom were contacting MJL and claiming that the face masks were counterfeit or otherwise not genuine N95 or KN95 face masks.

### COUNT ONE:  BREACH OF CONTRACT

27. MJL repeats and realleges paragraphs 1 through 26 hereof, as if fully set forth herein.

28. The parties, for valuable consideration, entered into a valid and enforceable written contract on April 6, 2020 for the shipment of FDA certified N95 and KN95 face masks by Defendant for money payments by MJL.

29. MJL fully performed its obligations under the contract by paying Defendant a total of $404,500.00 for the delivery of the FDA certified N95 and KN95 face masks.

30. Defendant materially breached its obligations under the contract by failing to deliver the FDA certified N95 and KN95 face masks to MJL within the 14 day period specified in the Purchase Order.

31. Defendant further materially breached its obligations under the contract by delivering nonconforming, counterfeit face masks to MJL, which were not FDA certified PPE as represented.

32. As a direct and proximate result of Defendant's late delivery of nonconforming goods, MJL suffered a loss of $404,500.00.

### COUNT TWO:  ACTUAL FRAUD

33. MJL repeats and re-alleges paragraphs 1 through 32 hereof, as if fully set forth herein.

34. In the Price Quote, the Defendant represented that the face masks it sold were FDA certified PPE. This representation was also made on Defendant's website and Facebook page. These representations were false as the face masks Defendant offered for sale, sold and delivered to MJL were not FDA certified PPE.

35. Whether the face masks were FDA certified is a material fact because among other things, FDA approval indicates a higher degree of safety and value over other types of face masks.

36. The Defendant understood that its representations that its masks were FDA certified were material to MJL and required by its military, VA hospitals, and government customers.

37. Defendant intentionally and knowingly made these false misrepresentations by advertising that its masks were FDA certified on its website, Facebook page, and by providing MJL with Certifications of Establishment Registration as evidence of FDA certification of the face masks.

38. The Defendant made these false representations and provided the Certifications of Establishment Registration with the intent that MJL rely on and be misled by the false representations and Certificates of Registration.

39. MJL relied on Defendant's material misrepresentations and misleading conduct and believed that the N95 and KN95 face masks it purchased from Defendant were FDA certified PPE.

40. MJL sold and supplied its federal military, VA hospitals, and government customers the masks it purchased from Defendant with the understanding that the masks satisfied the PPE requirements of the federal government customers. Defendant was aware, MJL was supplying these face masks to U.S. military, Veterans hospitals, and government agencies which expected the masks to meet FDA safety standards of PPE.

41. As a result of relying on Defendant's false representations, MJL has suffered damages directly and proximately caused by the Defendant's misrepresentations including, but not limited to, compensatory damages in an amount not less than $404,500.00.

42. Defendant's fraudulent conduct was undertaken intentionally, willfully, wantonly and with conscious disregard of MJL's rights and/or with reckless indifference to the consequences of its false representations but with knowledge that its conduct would probably cause injury to MJL and also injury and even death to those who used its masks believing they were FDA certified N95 and KN95 face masks.

## COUNT THREE:  CONSTRUCTIVE FRAUD

43. MJL repeats and re-alleges paragraphs 1 through 42 hereof, as if fully set forth herein.

44. Defendant recklessly made false representations that the face masks it marketed and sold to MJL (and others) were FDA certified N95 and/or K95 masks in conscious disregard for the truthfulness of its representations and with conscious disregard of the health and safety of those who would use its face masks.

45. Defendant's false representations to MJL were material as FDA certification, among other things, indicates a higher degree of safety and value over other types of face masks. Moreover, as Defendant was aware, MJL was supplying these face masks to U.S. military, VA hospitals, and government agencies which expected the masks to meet FDA standards of PPE.

46. MJL relied on these material false representations of fact that the N95 and KN95 face masks it purchased from Defendant were FDA approved.  MJL sold and supplied the masks it purchased from Eco Lighting to its U.S. government customers and unwittingly passed along Eco Lightning's false representations that the masks were FDA certified N95 and K95 face masks.

47. Defendant's fraudulent conduct was undertaken intentionally, willfully, wantonly and with conscious disregard of MJL's rights and/or with reckless indifference to the consequences of its false representations, but with knowledge that its conduct would probably cause injury to MJL and also injury and even death to those who used its masks believing they were FDA certified N95 and KN95 face masks.

48. As a result of relying on Defendant's false and fraudulent representations, MJL has suffered damages directly and proximately caused by the Defendants' misrepresentations including, but not limited to, $404,500.00.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff MJL Enterprises, LLC, respectfully requests judgment as follows:

A. On Count One, an award of compensatory damages in favor of MJL Enterprises, LLC, in an amount to be determined at trial, but in no event less than $404,500.00, plus its costs.

B. On Count Two, an award of damages in favor of MJL Enterprises, LLC, in amount to be determined at trial, but in no event less than $404,500.00, plus punitive damages in the amount of $200,000.00, plus its costs.

C. On Count Three, an award of damages in favor of MJL Enterprises, LLC, in amount to be determined at trial, but in no event less than $404,500.00, plus punitive damages in the amount of $200,000.00, plus its costs.

D. Entry of judgment in favor of MJL Enterprises, LLC and granting such other and further relief as the Court deems just and proper.

## JURY TRIAL DEMANDED

Plaintiff demands a trial by jury, pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, of all issues so triable.

**MJL ENTERPRISES, LLC**


By: /s/ Patrick H. O'Donnell
Patrick H. O'Donnell (VSB No. 29637)
KAUFMAN & CANOLES, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510
T: (757) 624-3000
F: (888) 360-9092
phodonnell@kaufcan.com
*Counsel for Plaintiff MJL Enterprises, LLC*